# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2013

146426 & (90)(92)(94)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

DENISE GREER and Certain Members
of TEAMSTER LOCAL 214,
          Plaintiffs-Appellees,

and

VALARIE BLACKSHEAR, LETORIA
BAKER, and VANITA JOHNSON,
          Plaintiffs-Appellants,

v

DETROIT PUBLIC SCHOOLS, ROBERT
C. BOBB and TEAMSTERS LOCAL 214,
          Defendants-Appellees.

SC: 146426
COA: 304197
Wayne CC: 10-010019-CL

_____/

      On order of the Court, the application for leave to appeal the November 15, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand, motion to strike exhibits, and motion to dismiss are DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2013



h0520

                      Clerk